In the Matter of CARMINE MONTEMARANO et al., Appellants, v GREGORY V. SERIO, as Superintendent of Insurance of the State of New York, et al., Respondents.

Submitted October 18, 2004; decided December 2, 2004

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

CHARLEEN PALUMBO, Respondent, v ROBERT PALUMBO, Appellant.

Submitted November 8, 2004; decided December 2, 2004

Motion for leave to appeal dismissed upon the ground that the September 2004 Appellate Division order does not finally determine the action within the meaning of the Constitution and no direct avenue of appeal lies to the Court of Appeals from the April 2003 judgment of Supreme Court, appellant previously having appealed that judgment to the Appellate Division. Motion for a stay dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. REGGIE CASWELL, Appellant, v ANTHONY ZON et al., Respondents.

Submitted October 18, 2004; decided December 2, 2004

Motion for leave to appeal dismissed upon the ground that the motion for leave to appeal does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3; CPLR 5602).